IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. TIDWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE & CO., et al.,<br><br>    Defendants. | No. C 11-01145 CRB<br><br>**ORDER DENYING REQUEST RE SERVICE** |

The Court is in receipt of a letter from pro se Plaintiff Edward C. Tidwell, dated April 22, 2011, in which he proposes the following: "as to service on numerous Defendants, if an action involves an unusually large number of Defendants, the court may on its own, order that Defendants' pleadings and replies to them need not be served on all other named parties, but just the lead Defendant."  Although the Court appreciates Plaintiff's effort "to preserve time and cooperate in saving unnecessary expenses," the Court DENIES Plaintiff's proposal; service shall proceed as usual per Federal Rule of Civil Procedure 5.

**IT IS SO ORDERED.**

Dated: May 6, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1145\order re service.wpd