**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. TIDWELL, | No. C 11-01145 CRB |
| Plaintiff, | **ORDER DENYING REQUEST FOR CONTINUANCE** |
| v. | |
| JPMORGAN CHASE & CO., et al., | |
| Defendants. | |

The Court is in receipt of a letter from pro se Plaintiff Edward C. Tidwell, dated April 25, 2011, in which he requests that the hearing on Defendants' Motion to Dismiss (dkt. 17) now calendared for June 3, 2011, be continued to September 16, 2011 to allow him to compile and serve discovery on the Defendants. See dkt. 45. The Court DENIES Plaintiff's request as untimely and without merit; one of the purposes of a motion to dismiss is to spare the parties the time and expense of discovery if the complaint fails to state a claim. The hearing shall proceed as scheduled.

**IT IS SO ORDERED.**

Dated: June 1, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1145\order re continuance.wpd