IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. TIDWELL,<br><br>        Plaintiff,<br><br>   v.<br><br> JPMORGAN CHASE & COMPANY, ET AL.,<br><br>        Defendants. | No. C 11-01145 CRB<br><br>**ORDER DISMISSING CASE** |

In this mortgage case, pro se plaintiff Edward Tidwell complains that there has been an illegal foreclosure sale of his property. See generally Compl. (dkt. 1). Plaintiff has brought suit against numerous entities and his Complaint includes seventeen claims. Id. Four of these claims are federal, and provide the basis for the Court's jurisdiction. Id. ¶ 33. Despite earlier suggesting that he intended to drop all of his federal claims, see Further Opposition (dkt. 40) at 19-20, Plaintiff recently clarified that he only intends to drop one of the four, the RICO claim, see Plaintiff's Reply to the Court's Order re Supplemental Briefing and Continuance (dkt. 50) at 3. For the reasons explained in open court, the Court finds that (1) Defendants' Motion to Dismiss (dkt. 17) is timely, and (2) Plaintiff's three remaining federal claims, alleging violations of HOEPA, TILA and RESPA, are time-barred; the Court therefore DISMISSES those claims with prejudice. The Court declines to exercise

1 jurisdiction over the remaining state law claims, and DISMISSES them without prejudice to
2 Plaintiff filing them in state court.
3 **IT IS SO ORDERED.**
4 Dated: June 20, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1145\order dismissing.wpd          2