**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. TIDWELL, | No. C 11-01145 CRB |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| JPMORGAN CHASE & COMPANY, ET AL., | |
|     Defendants. / | |

    Having granted Defendants' motion to dismiss, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: June 20, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1145\judgment.wpd