IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD C. TIDWELL,

    Plaintiff,

v.

JPMORGAN CHASE & COMPANY, ET AL.,

    Defendants.
_____/

No. C 11-01145 CRB

**ORDER VACATING MOTION**

The Court is in receipt of a Motion to Dismiss filed by Defendant Argent Mortgage Company LLC, AMC Mortgage Services, Inc., and ACC Capital Holdings Corporation, filed on June 30, 2011. See dkt. 62. But on June 20, 2011, the Court dismissed with prejudice the three federal claims in this case, and declined to exercise jurisdiction over Plaintiff's remaining state law claims, dismissing them without prejudice to Plaintiff filing them in state court. See dkt. 58. Judgment was entered against Plaintiff. See dkt. 60. The Court no longer has jurisdiction over this case. Accordingly, the Motion (dkt. 62) is VACATED.

**IT IS SO ORDERED.**

Dated: July 5, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1145\order re new MTD.wpd